FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 28  AM 11: 30

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH W. JACOBS, SR. | CIVIL ACTION |
| VERSUS | NO.  04-3352 |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | SECTION "C" (4) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the defendant has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the the ALJ's decision denying Keith W. Jacobs Sr.'s Disability Insurance Benefits be **REVERSED** and **REMANDED** for further consideration of all the evidence.

New Orleans, Louisiana, this 27 day of March, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  /Dktd_____
✓  CtRmDep_____
___ Doc. No_____